IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE STRASSER,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,

      Defendant
                                    /

No. C-12-5975 MMC

**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

      In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

      Accordingly, the parties are hereby DIRECTED to advise the Court, no later than February 15, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

      **IT IS SO ORDERED.**

Dated: January 30, 2013
                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.