MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ILSB 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8927
Facsimile:  (415) 744-0134
E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE STRASSER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case NO. 12-CV-5975-DMR<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including July 18, 2013.  The response is currently due June 18, 2013.  Plaintiff shall have two weeks additional to August 1, 2013 to file her Reply brief. This extension is being sought due to an unavoidable transfer of assignments due to the undersigned's workload and an unplanned family medical issue resulting in absence from the office. This is the Commissioner's first extension request.

　　The scheduling order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 11, 2013 *Steven F. Bruce*

_____
STEVEN F. BRUCE
Attorney for Plaintiff

Dated: June 11, 2013 MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Patrick William Snyder*

_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 8|34|35

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE